UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIELLE LYLES, PAULINO BONDS
and GLORIA GADSON,

          Plaintiffs,

     v.

FLAGSHIP RESORT DEVELOPMENT
CORPORATION, et al.

          Defendant.

THE HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 01-6118 (JEI)

**VERDICT SHEET**

## VERDICT FORM -- INTERROGATORIES
## PLACE AN "X" IN THE APPROPRIATE SPACE

### INTERROGATORY NO. 1

Do you find by a preponderance of the evidence that the polygraph test administered to Charlotte Blake was a motivating or causative factor in the defendant's decision to terminate the employment of plaintiff, Danielle Lyles?

YES: ___X___          NO: _____

**Please proceed to Interrogatory No. 2.**

### INTERROGATORY NO. 2

Do you find by a preponderance of the evidence that the refusal of Danielle Lyles to submit to a polygraph test was a motivating or causative factor in the defendant's decision to terminate the employment of plaintiff, Danielle Lyles?

YES: ___X___          NO: _____

**If you answered "YES" to Interrogatory No. 1 or No. 2, please proceed to Interrogatory No. 3.  If you answered "NO" to both Interrogatory No. 1 and No. 2, please proceed to Interrogatory No. 4.**

EXHIBIT
C-8
01-Cv-6118 (JEI)

INTERROGATORY No. 3

What amount of damages has plaintiff, Danielle Lyles, proved by a preponderance of the evidence would fairly compensate her for the losses she sustained as a result of defendant's FEPPA violation as found by the jury in its answer to Interrogatory No. 1 and/or No. 2?

BACK PAY(LOST WAGES): $88,285    OTHER DAMAGES: $100,000

**Please proceed to Interrogatory No. 4.**


INTERROGATORY No. 4

Do you find by a preponderance of the evidence that the polygraph test administered to Charlotte Blake was a motivating or causative factor in the defendant's decision to terminate the employment of plaintiff, Paulino Bonds?

YES: ___X___                    NO: _____

**Please proceed to Interrogatory No. 5.**


INTERROGATORY No. 5

Do you find by a preponderance of the evidence that the refusal of Paulino Bonds to submit to a polygraph test was a motivating or causative factor in the defendant's decision to terminate the employment of plaintiff, Paulino Bonds?

YES: ___X___                    NO: _____

**If you answered "YES" to Interrogatory No. 4 or No.5, please proceed to Interrogatory No. 6.  If you answered "NO" to both Interrogatory No. 4 and No. 5, please proceed to Interrogatory No. 7.**

INTERROGATORY No. 6

What amount of damages has plaintiff, Paulino Bonds, proved by a preponderance of the evidence would fairly compensate her for the losses she sustained as a result of defendant's FEPPA violation as found by the jury in its answer to Interrogatory No. 4 and/or No. 5?

BACK PAY(LOST WAGES): $263,040   OTHER DAMAGES: $200,000

**Please proceed to Interrogatory No. 7.**

INTERROGATORY No. 7

Do you find by a preponderance of the evidence that the polygraph test administered to Charlotte Blake was a motivating or causative factor in the defendant's decision to terminate the employment of plaintiff, Gloria Gadson?

YES: __X__          NO: _____

**Please proceed to Interrogatory No. 8.**

INTERROGATORY No. 8

Do you find by a preponderance of the evidence that the refusal of Gloria Gadson to submit to a polygraph test was a motivating or causative factor in the defendant's decision to terminate the employment of plaintiff, Gloria Gadson?

YES: __X__          NO: _____

**If you answered "YES" to Interrogatory No. 7 or No. 8, please proceed to Interrogatory No. 9.  If you answered "NO" to Interrogatory No. 1, No. 2, No. 4, No. 5, No. 7, and No. 8, your deliberations are complete.  Otherwise, please proceed to Interrogatory No. 10.**

INTERROGATORY No. 9

What amount of damages has plaintiff, Gloria Gadson, proved by a preponderance of the evidence would fairly compensate her for the losses she sustained as a result of defendant's FEPPA violation as found by the jury in its answer to Interrogatory No. 7 and/or No. 8?

BACK PAY(LOST WAGES): $145,320    OTHER DAMAGES: $300,000

**If you answered "YES" to Interrogatory No. 1, No. 2, No.4, No.5, No. 7, or No. 8, please proceed to Interrogatory No. 10. If you answered "NO" to all six of those Interrogatories, your deliberations are complete.**

INTERROGATORY No. 10

Do you find by a preponderance of the evidence that the defendant is liable for punitive damages?

YES:  X           NO: _____

**You have now completed your deliberations.   Thank you for your careful attention.   Please sign and date the completed Verdict Sheet and return it to the Court.**

Dated:   June 9, 2004          _____
                               Louis Delph, Foreperson