GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI, & GILL
1030 Atlantic Ave.
Atlantic City, NJ  08401
609-344-7131
Attorneys for Plaintiff Lyles



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE LYLES,                        : | HONORABLE JOSEPH E. IRENAS |
|       Plaintiff,      : | |
| -vs-                                   : | Civil Action No. 01-CV-6118 (JEI) |
| FLAGSHIP DEVELOPMENT CORP : INC., et als,                          : | Civil Action |
|       Defendants,   : | |
| PAULINO BONDS and GLORIA : GADSON,                                 : | |
|       Plaintiffs,   : | Civil Action No. 02-CV-1576 (JEI) |
| -vs-                                   : | Civil Action |
| FLAGSHIP DEVELOPMENT CORP : INC., et als,                          : | NOTICE OF MOTION FOR FEES, INTEREST, |
|       Defendants,   : | AND ALLOCATION OF PUNITIVE DAMAGES |

TO:  Louis M. Barbone, Esq.
     Jacobs & Barbone, P.A.
     1125 Pacific Ave.
     Atlantic City, NJ  08401

     Karen M. Williams, Esq.
     Jasinski & Williams, P.C.
     1125 Atlantic Ave.
     Suite 617
     Atlantic City, NJ  08401

     Randolph Lafferty, Esq.
     Youngblood, Corcoran, et al
     3205 Fire Road
     Pleasantville, NJ  08232

PLEASE TAKE NOTICE that on the day and time set by the Court, the undersigned attorney for the plaintiff, Danielle Lyles, shall move before the Honorable Joseph I. Irenas, United States District Court Judge for the District of New Jersey, at the United States Court House, Camden, New Jersey, for:

1) attorneys fees,
2) costs,
3) prejudgment interest, and
4) an allocation of the punitive damages awarded

TAKE FURTHER NOTICE that the plaintiff, Danielle Lyles, will rely upon the Brief, Certifications, and Affidavits submitted in accordance with Court's further Order, as the trial transcript has been requested but not yet received.

TAKE FURTHER NOTICE that the plaintiff, Lyles, respectfully requests oral argument.

GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL
Attorneys for Plaintiff Lyles

Mark Pfeffer, Esq.

June 23, 2004

2

## PROOF OF MAILING

The original of the within Notice of Motion was forwarded to the Clerk of the United States District Court on June 23, 2004, via Lawyers' Service.

## PROOF OF SERVICE

A copy of the within Notice of Motion was forwarded to:

    Randolph Lafferty, Esquire
    Attorney for plaintiffs Paulino Bonds and Gloria Gadson
    Youngblood, Corcoran, Lafferty, Hyberg & Waldman
    3205 Fire Road
    Pleasantville, New Jersey 08232

    Louis Barbone, Esquire
    Attorney for defendant Flagship Resort Development Corporation, Inc.
    Jacobs & Barbone
    1125 Pacific Avenue
    Atlantic City, New Jersey 08401

    Karen Williams, Esquire
    Attorney for defendant Flagship Resort Development, Inc.
    Jasinski & Williams, P.C.
    1125 Atlantic Avenue, Suite 617
    Atlantic City, New Jersey 08401

All of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                           Cherry Reflosa
                                                                           Secretary to Mark Pfeffer, Esquire

Dated: June 23, 2004